UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBERANGER CORPORATION, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-CV-0403-B |
| | § | |
| SOFTWARE AG, et al., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

This Judgment is entered pursuant to the Court's orders in this case, including its Memorandum Opinion and Order filed August 11, 2011 and its Memorandum Order and Opinion filed August 15, 2011, which dismissed all claims in this case, as well as Plaintiff Globeranger Corporation's Notice of Intent to Not Replead filed September 1, 2011.

It is **ORDERED, ADJUDGED AND DECREED** by the Court Plaintiff takes nothing by its suit against Defendants, and that this suit be, and it is hereby, **DISMISSED** on the merits at Plaintiff's cost.

SO ORDERED.

SIGNED: September 2, 2011.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE