# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **GLOBERANGER CORPORATION,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | No. 3:11-cv-00403-B |
| **SOFTWARE AG USA, INC., SOFTWARE AG, INC., NANIQ SYSTEMS, LLC, and MAIN SAIL LLC,** | § § § § § | |
| **Defendants.** | § § | |

## AGREED MOTION FOR DISMISSAL OF MAIN SAIL LLC

Plaintiff GlobeRanger Corporation ("GlobeRanger") and Defendant Main Sail LLC ("Main Sail"), jointly move for dismissal with prejudice of all claims and counterclaims asserted by and between GlobeRanger and Main Sail in this action. The Parties have reached settlement on all issues raised in this matter.

GlobeRanger and Main Sail will each bear their own costs, expenses and legal fees. This motion does not apply to any other defendants.

DATED: May 12, 2014

                                            Respectfully submitted

                                            /s/ Ophelia F. Camiña
                                            Ophelia F. Camiña
                                            State Bar No. 03681500
                                            David D. Shank
                                            State Bar No. 24075056
                                            SUSMAN GODFREY L.L.P.
                                            901 Main Street, Suite 5100
                                            Dallas, TX  75202
                                            Phone: 214.754.1910
                                            Fax: 214.754.1933

                                            Brian D. Melton
                                            Texas Bar No. 24010620
                                            Katherine H. Kunz
                                            Texas Bar No. 24083337
                                            SUSMAN GODFREY L.L.P.
                                            1000 Louisiana Street, Suite 5100
                                            Houston, TX 77002-5096
                                            Phone: 713.651.9366
                                            Fax: 713.654.6666

                                            Attorneys-in-Charge for
                                            GLOBERANGER CORPORATION

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff GlobeRanger Corporation conferred with counsel for Defendant Main Sail LLC on May 9, 2014 and counsel for Defendant Main Sail LLC is in agreement as to the disposition of the matters raised in this motion.

/s/ Ophelia F. Camiña
Ophelia F. Camiña

**CERTIFICATE OF SERVICE**

I hereby certify that on 12th day of May, 2014, a true and correct copy of the foregoing document was submitted to the Clerk of the Court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, and was served upon all counsel that have appeared in this case through this Court's electronic filing system.

/s/ Ophelia F. Camiña
Ophelia F. Camiña