UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLOBERANGER CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-00403-B |
| | § | |
| SOFTWARE AG USA, INC., | § | |
| SOFTWARE AG, INC., NANIQ | § | |
| SYSTEMS, LLC, and MAIN SAIL LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF MAIN SAIL LLC

The Agreed Motion filed by Plaintiff GlobeRanger Corporation ("GlobeRanger") and Defendants Main Sail LLC ("Main Sail"), to Dismiss Claims and Counterclaims Prejudices shall be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted by and between GlobeRanger and Main Sail in this action are hereby dismissed with prejudice. The Parties have reached settlement on all issues raised in this matter.

GlobeRanger and Mainsail will each bear their own costs, expenses and legal fees. This order does not apply to any other defendants.

SIGNED this the _____ day of _____, 2014.

_____
HON. JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS