UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GlobeRanger Corporation**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:11-cv-00403-B |
| **Software AG USA, Inc.**, **Software AG, Inc.**, and **Naniq Systems, LLC**, | § § § § | |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF DEFENDANT NANIQ SYSTEMS, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GlobeRanger Corporation; Defendants Software AG USA, Inc. and Software AG, Inc.; and Defendant Naniq Systems, LLC, through its representative Kim Gray, hereby stipulate to GlobeRanger's voluntary dismissal of its claims against Naniq Systems, LLC.

.

DATED: February 4, 2015.                    Respectfully submitted

Respectfully submitted,

| | |
|---|---|
| /s/ David D. Shank | *[signature]* |
| Ophelia F. Camiña | Kimberly Gray |
| State Bar No. 03681500 | NANIQ SYSTEMS, LLC |
| David D. Shank | *Owner and Authorized Representative of* |
| State Bar No. 24075056 | *Defendant Naniq Systems, LLC* |
| SUSMAN GODFREY L.L.P. | |
| 901 Main Street, Suite 5100 | |
| Dallas, TX 75202 | |
| Phone: 214.754.1910 | |
| Fax: 214.754.1933 | |
| *Attorneys for Plaintiff GlobeRanger Corporation* | |

/s/ Tyler J. Bexley
William D. Sims, Jr.
Texas Bar No. 18429500
bsims@velaw.com
Tyler J. Bexley
Texas Bar No. 24073923
tbexley@velaw.com
Jeremy M. Reichman
Texas Bar No. 24083722
jreichman@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214-220-7700
Fax: 214-220-7776
*Attorneys for Defendants Software AG USA, Inc., and Software AG, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, a true and correct copy of the foregoing document was submitted to the Clerk of the Court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, and was served upon all counsel that have appeared in this case through this Court's electronic filing system.

>   */s/ David D. Shank*
>   David D. Shank