UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GlobeRanger Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-cv-00403-B |
| | § | |
| Software AG USA, Inc., Software AG, | § | |
| Inc., and Naniq Systems, LLC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's prior rulings, and based on the jury verdict on the claims of Plaintiff GlobeRanger Corporation ("GlobeRanger"), it is hereby **ORDERED** and **ADJUDGED** that GlobeRanger recover judgment from Software AG Inc. and Software AG USA, Inc., jointly and severally, in the principal sum of $15,000,000.

It is further **ORDERED** and **ADJUDGED** that GlobeRanger recover from Software AG, Inc. and Software AG USA, Inc., jointly and severally, prejudgment interest on the principal sum of $15,000,000 at the rate of 5% per annum, computed as simple interest, from February 25, 2011, until the day preceding the date of this judgment.

It is further **ORDERED** and **ADJUDGED** that GlobeRanger recover post-judgment interest from Software AG, Inc. and Software AG USA, Inc., jointly and severally, at the rate of 0.17% per annum.

1

It is further **ORDERED** and **ADJUDGED** that GlobeRanger's taxable costs of court are assessed against Software AG, Inc. and Software AG USA, Inc., jointly and severally.

All relief not granted is hereby **DENIED**.

**SIGNED** this 6th day of February __, 2015.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE